IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SERENA LAY AND SITHA CHHAI,<br><br>Plaintiffs,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY,<br><br>Defendant. | No. 3:25-cv-05043-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**NOTE ON MOTION CALENDAR: JULY 9, 2025**<br><br>NO ORAL ARGUMENT REQUESTED |

## I.   STIPULATION

Plaintiffs Serena Lay and Sitha Chhai (collectively "Plaintiffs") and Defendant The Standard Fire Insurance Company (Standard Fire) (collectively referred to as "The Parties") hereby advise the Cour that all claims have been resolved. The Parties agree and stipulated that this action should be dismissed with prejudice and without fees or costs to either party.

DATED this 9th day of July 2025.

LEGAL RESOLUTIONS

*/s/ Josias Flynn*
Josias Flynn, WSBA #44130
1201 Pacific Ave Ste 600

STIPULATION AND ORDER OF DISMISSAL – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1
2
3
4

Tacoma WA 98402
P: (253) 203-3156
E: JFlynn@Legal-Resolutions.com
*Counsel for Plaintiffs Serena Lay and Sitha Chhai*

5   LETHER LAW GROUP

6   */s/ Thomas Lether*
Thomas Lether, WSBA #18089
7   */s/ Ellen McGraw*
Ellen McGraw, WSBA #60240
8   1848 Westlake Ave N., Suite 100
Seattle, WA  98109
9   P: 206-467-5444 / F: 206-467-5544
tlether@letherlaw.com
10  emcgraw@letherlaw.com
*Counsel for The Standard Fire Insurance Company*

11
12
13
14
15
16
17
18
19
20
21
22
23

## II. ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

1. Plaintiffs' claims against Standard Fire are hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

DATED this 10th day of July, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

>Josias Flynn
>Legal Resolutions
>1201 Pacific Ave, Suite 600
>Tacoma, WA 98402
>253-203-3156
>*Attorney for Plaintiffs*

**By:**       [ ] First Class Mail            [X] Email/ECF            [ ] Legal Messenger

DATED this 9th day of July 2025 at Seattle, Washington.

>*s/ Devon Sheehan*
>Devon Sheehan | Paralegal